Ralph Hinners, Appellee, v. George R. Hunt, Appellant.

Gen. No. 44,029.

opinion filed April 21, 1947; rehearing denied May 5, 1947; released for publication

May 5, 1947. Chancellor & Chancellor, for appellant; Thompson, Chambers & Thompson, for appellee; Lavern W. Thompson, of counsel. Opinion by Presiding Justice O'Connor. Not to be published in full.